FILED & ENTERED

SEP 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

Joseph M. Collier 212828
1620 N. Normandie Ave. Suite 1
Los Angeles, CA 90027
747-224-7951
888-316-1440 (Fax)

CHANGES MADE BY COURT

**U.S. Bankruptcy Court**
**Central District of California (Los Angeles)**

| | |
|---|---|
| **DEBTOR**<br>**Christopher Antonio Almero** | ) Bankruptcy Petition #: 2:11-bk-48654<br>)<br>)<br>) Chapter 7 |

# ORDER DENYING DEBTORS' EX PARTE APPLICATION TO REQUEST EXEMPTED FUNDS BE RELEASED

Having considered the Debtors *ex parte* application filed on September 15, 2011, requesting that exempt funds be released, it is Motion To Request Exempted Funds Be Released, it is

ORDERED that the Debtors' application is denied without prejudice to the Debtor's right to file a motion and to seek the relief requested after notice and a hearing.

###

DATED: September 16, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1620 N. Normandie Ave. Suite 1 Los Angeles, CA 90027

A true and correct copy of the foregoing document described Order Granting Debtors' Motion To Request Exempted Funds Be Released.

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, On, 9/15/2011,  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/15/2011                                             /s/ Joseph M. Collier

                                                                              Joseph M. Collier

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled described Order Granting The Motion To Request Exempted Funds Be Released and to be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Joseph Collier    attorneyjosephcollier@gmail.com
- Alfred H Siegel (TR)    al.siegel@crowehorwath.com, asiegel@ecf.epiqsystems.com;bita.kamran@crowehorwath.com;lisa.irving@crowehorwath.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page